UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLARK COUNTY PROSECUTORS ASSOCIATION,

        Plaintiff,

v.

CLARK COUNTY BOARD OF COMMISSIONERS, et al.,

        Defendants.

2:11-CV-1111 JCM (NJK)

**ORDER**

Presently before the court is defendants' motion for judgment on the pleadings. (Doc. # 55). Plaintiff filed a non-opposition. (Doc. # 56).

This court previously denied plaintiff's motion for summary judgment. (Doc. # 54). Defendants now move for a judgment on the pleadings. A judgment on the pleadings is appropriate when no material issue of fact remains to be resolved on the face of the complaint and the moving party demonstrates it is entitled to judgment as a matter of law. *See Brown v. Kinross Gold, USA*, 378 F.Supp.2d 1280, 1284 (D. Nev. 2005). Plaintiff agrees there are no material issues of fact to be resolved by the court and the parties have agreed to bear their own attorney's fees and costs.

The court finds it appropriate to grant defendants' judgment on the pleadings.

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for
3  judgment on the pleadings (doc. # 55) be, and the same hereby, is GRANTED.

4  IT IS FURTHER ORDERED that the clerk of the court shall enter judgment and close the
5  case.

6  DATED April 30, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -